FREDERICK C. LINDE et al., Respondents, *v.* HUGH J. GRANT, as Sheriff, etc., Appellant.

(Argued December 2, 1891 ; decided December 22, 1891.)

APPEAL from judgment of the General Term of the Supreme Court in the first judicial department, entered upon an order made February 13, 1891, which affirmed a judgment in favor of plaintiffs entered upon a verdict and affirmed an order denying a motion for a new trial.

*A. Blumenstiel* for appellant.

*John E. Parsons* for respondents.

Agree to affirm; no opinion.
All concur.
Judgment affirmed.